UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

__BASIL WILLIAMS__
Petitioner

V.

__UNITED STATES OF AMERICA__
Respondent

CIVIL ACTION

NO. __05cv11291NG__

ORDER OF DISMISSAL

__GERTNER,   D. J.__

In accordance with the Court's allowance of the respondent's motion for reconsideration on __7/9/2005__, it is hereby ORDERED that the above-entitled action be and hereby is dismissed.

By the Court,

__7/11/2005__
Date

__/s/ JENNIFER FILO__
Deputy Clerk

(Dismissal Endo.wpd - 12/98)