```
                 UNITED STATES DISTRICT COURT
                   DISTRICT OF MASSACHUSETTS

---------------------------x
                           :
UNITED STATES OF AMERICA   :
                           :
                           :   CIVIL ACTION NO.
V.                         :   05-11291-NG
                           :
BASIL WILLIAMS             :
---------------------------x
```

## MOTION FOR AN EXTENTION OF TIME IN WHICH TO RESPOND TO GOVERNMENT'S "MOTION TO RECONSIDER COURT'S JUNE 23, 2005 MEMORANDUM AND ORDER

Comes now, Basil Williams, hereinafter movant, and respectfully requests this Honorable Court, grant him an extention of time with which to properly review, research and respond to the Court's June 23, 2005 "MEMORANDUM AND ORDER", and subsequent Government's "MOTION TO RECONSIDER".

Movant avers as follows, in support of this request:

1.  The movant is a layman of law, and not the writer of the original motion pursuant to Title 28 U.S.C §§ 1331, 1651, 2201(a), and Fed.R.Crim.P. 57(b), and is now by virtue of the inevitable problems associated with prison life, left to in effect 'fend for himself'; as the writer of the original motion is temporarily indisposed.

2.  It is not the movant's intention to solicit the court's patients as to this unfortunate chain of events, but he merely requests more time to properly research and consider his options in lieu of the Court's statement iterating its willingness to entertain a motion by either party to "construe this action as somthing other than a motion pursuant to 28 U.S.C. § 1651", which the Government has in fact

-1-

requested of the court, i.e., to reconstrue as a § 2255 motion, in which it effectively expresses a jurisdictional, and/or time bar of same.

3.  The movant has limited access to the law library here at FCI Ray Brook, because of employment/liesurely hours, and there is limited material available.

4.  Movant contends that 60 days from the receipt of this motion by the court should suffice.

MOVANT HEREBY SWEARS UNDER PENALTY OF PERJURY TITLE 28 U.S.C. § 1746 THAT THE FACTS AND AVERMENTS BROUGHT FORTH IN THIS MOTION ARE TRUE AND CORRECT BY HIS SIGNATURE BELOW.

*Basil Williams*
Basil Williams sui juris
dated 7/8/05
FCI Ray Brook, Box 900
Ray Brook, New York 12977
Fed.Reg.No. 22650-038

### CERTIFICATE OF FILING AND SERVICE

I. BASIL WILLIAMS HEREBY CERTIFY THAT I PLACED IN THE U.S. MAIL BY FIRST CLASS, CERTIFIED/REGISTERED MAIL, ONE ORIGINAL AND ONE COPY OF THIS PRO SE MOTION FOR EXTENTION OF TIME WITH WHICH TO RESPOND TO THE OFFICE OF THE CLERK FOR THE U.S. DISTRICT COURT, DISTRICT OF MASSACHUSETTS, AND ONE COPY TO THE AUSA ASSIGNED TO THIS CASE.

PATRICK M. HAMILTON
ASSISTANT U.S. ATTORNEY
ONE COURTHOUSE WAY
BOSTON, MA 02210

*Basil Williams*
Basil Williams sui juris