UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------X
BASIL WILLIAMS                :
         Petitioner,          :         CIVIL ACTION NO.
                              :         05-11291-NG
                              :
V.                            :
                              :
                              :
UNITED STATES OF AMERICA      :
         Respondent           :
------------------------------X

PETITIONER'S MOTION TO HAVE THE COURT RECONSIDER ITS ORDER DENYING PETITIONER'S REQUEST TO RESPOND TO THE GOVERNMENT'S 'MOTION TO RECONSIDER' AND 'MOTION TO REQUEST THIS COURT TO FULLY ARTICULATE ITS DECISION TO DISMISS THIS CIVIL ACTION.'

_____

Petitioner, Basil Williams, respectfully moves this Honorable Court to reconsider its order dated July 11, 2005, denying petitioner the ability to respond to the Government's Motion to Reconsider dated June 23, 2005.

Petitioner believes, arguments he will present to this Court, responding to said motion will not be considered moot, and will affect this Court's decision on this Civil action, and thus, should be procedurally granted.

Petitioner also respectfully requests this Court to fully articulate its decision on this civil action, so as to allow petitioner a fully developed record to assist in his preparation of a 'COA' request and preparation of an appeal.

-1-

If, a notice of petitioner's intent to file for a Certificate of Appealability need be filed prior to the complete brief, please construe this as said filing.

If this Court does not allow petitioner a procedural chance to respond.

Respectfully submitted,

*Basil Williams*
Basil Williams-pro se
Fed.Reg.No.22650-038
FCI Ray Brook, Box 9002
Ray Brook, New York 12977

## CERTIFICATE OF SERVICE

I, BASIL WILLIAMS, DO HEREBY CERTIFY THAT A COPY OF THE FOREGOING WAS SERVED THIS DATE UPON AUSA PATRICK M. HAMILTON, ONE COURTHOUSE WAY, BOSTON, MASSACHUSETTS 02210, SO SWOR TO BY MY SIGNATURE BELOW.

*Basil Williams*
Basil Williams sui juris
under penalty of perjury
28 U.S.C. § 1746.