# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

USCA Docket Number:

USDC Docket Number : 05-cv-11291

Basil Williams

v.

United States of America

## CLERK'S CERTIFICATE

I, Sarah A Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents as indicated on the certified copy of the docket and contained in Volume(s) I are the original pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 10/24/05.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on November 9, 2005.

Sarah A. Thornton, Clerk of Court

By: _____
Jeanette Ramos, Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 11/9/05

_____
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

- 3/05

APPEAL

# United States District Court
## District of Massachusetts (Boston)
### CIVIL DOCKET FOR CASE #: 1:05-cv-11291-NG

Williams v. United States of America  
Assigned to: Nancy Gertner  
Cause: 28:1651 Petition for Writ of Habeas Corpus

Date Filed: 06/09/2005  
Jury Demand: None  
Nature of Suit: 530 Habeas Corpus (General)  
Jurisdiction: U.S. Government Defendant

**Petitioner**

**Basil Williams**     represented by **Basil Williams**  
22650-038  
FCI Ray Brook  
Federal Correctional Institution  
P.O. Box 300  
Ray Brook, NY 12977  
PRO SE

V.

**Respondent**

**United States of America**     represented by **Patrick M. Hamilton**  
United States Attorney's Office  
John Joseph Moakley Federal Courthouse  
1 Courthouse Way  
Suite 9200  
Boston, MA 02210  
617-748-3251  
Fax: 617-748-3965  
Email: patrick.hamilton@usdoj.gov  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/09/2005 | 1 | MOTION pursuant to U.S.C. sec. 1651 by Basil Williams.(Filo, Jennifer) (Entered: 06/23/2005) |
| 06/09/2005 | 2 | AFFIRMATION in Support re 1 MOTION pursuant to U.S.C. sec. 1651 filed by Basil Williams. (Attachments: # 1 Exhibit Part One# 2 Exhibit Part Two# 3 Exhibit Part Three)(Filo, Jennifer) (Entered: 06/23/2005) |
| 06/09/2005 |  | If the trial Judge issues an Order of Reference of any matter in this case |

| | | |
|---|---|---|
| | | to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Bowler. (Filo, Jennifer) (Entered: 06/23/2005) |
| 06/23/2005 | 3 | Judge Nancy Gertner : ORDER entered; MEMORANDUM AND ORDER(Filo, Jennifer) (Entered: 06/23/2005) |
| 07/01/2005 | 4 | MOTION for Reconsideration re 3 Memorandum & ORDER by United States of America.(Hamilton, Patrick) (Entered: 07/01/2005) |
| 07/09/2005 | | Judge Nancy Gertner : Electronic ORDER entered granting 4 Motion for Reconsideration; denying 1 Motion for Pursuant to 1651: The Government's analysis is entirely correct; the initial order was entered in error. The plaintiff's motion is properly a 2255 motion, which is time barred. (Gertner, Nancy) (Entered: 07/09/2005) |
| 07/11/2005 | 5 | Judge Nancy Gertner: ORDER entered; ORDER DISMISSING CASE (Filo, Jennifer) (Entered: 07/11/2005) |
| 07/11/2005 | 6 | MOTION for Extension of Time to Respond to Motion to Reconsider by Basil Williams.(Filo, Jennifer) (Entered: 07/13/2005) |
| 07/13/2005 | | Judge Nancy Gertner: Electronic ORDER entered finding as moot 6 Motion for Extension of Time to file Response to Motion for Reconsideration. Motion for Reconsideration 4 was granted on 7/9/05. (Filo, Jennifer) (Entered: 07/13/2005) |
| 07/27/2005 | 7 | MOTION for Reconsideration re 5 Order Dismissing Case by Basil Williams.(Filo, Jennifer) (Entered: 07/29/2005) |
| 08/24/2005 | | Judge Nancy Gertner : Electronic ORDER entered denying 7 Motion for Reconsideration. To the extent that the petitioner wishes this Court to construe the Motion for Reconsideration as a certificate of appealability, that too is denied. The basic facts are unchanged: petitioner's petition is a 2255 petition, which was time barred. There is no other basis for jurisdiction in this Court. (Gertner, Nancy) (Entered: 08/24/2005) |
| 10/24/2005 | 8 | NOTICE OF APPEAL as to Order on Motion for Reconsideration, by Basil Williams. NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 11/14/2005. (Filo, Jennifer) (Entered: 11/07/2005) |