# UNITED STATES COURT OF APPEALS
# FOR THE FIRST CIRCUIT

No. 05-2701
DC No. 05-11291

BASIL WILLIAMS

Petitioner - Appellant

v.

UNITED STATES

Respondent - Appellee

**ORDER OF COURT**
Entered: January 4, 2006

Appellant has filed an application to proceed without prepayment of fees and affidavit in this court with prison trust account information, which we transmit to the district court for action. Fed. R. App. P. 24(a). Copies of the district court's ruling shall be forwarded to this court. The district court, if it denies the motion, is requested to state its reasons in writing. Fed. R. App. P. 24(a)(2). If defendant-appellant is not granted in forma pauperis status by the district court, he may file a motion to proceed in forma pauperis in this court, provided that he do so in accordance with Fed. R. App. P. 24(b).

By the Court:

Richard Cushing Donovan, Clerk

By: JULIE GREGG

Operations Manager

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT
IS A TRUE AND CORRECT COPY OF
THE ORIGINAL ON FILE IN MY OFFICE
AND IN MY LEGAL CUSTODY.

FIRST CIRCUIT COURT OF APPEALS
BOSTON, MA
By: J. Calardo  Date: 1.4.06

[Certified Copies to the Honorable  Nancy Gertner, Sarah A. Thornton, Clerk USDC]
[cc: Patrick M. Hamilton, AUSA, Dina Michael Chaitowitz, AUSA,
Ted Heinrich, AUSA, Basil C. Williams]



MC

Richard Cushing Donovan, Clerk
Clerk's Office
United States Court of Appeals
1 Courthouse Way, Suite 2500
Boston, Mass. 02210

RE: <u>Williams - vs - United States   No. 05-2701</u>

Dear Mr. Donovan,

    Please find enclosed to be filed in the above entitled matter, as ordered by the Court. A copy of my prison trust account statement, and a newly completed Affidavit to Accompany Motion for Leave to Appeal in Forma Pauperis.

    Thank you for your time and assistance in this matter.

Dated : December 26, 2005

Respectfully Yours,
Basil Williams, Pro-se
Basil C. Williams  22650-038
FCI Ray Brook
P.O. Box 9002
Ray Brook, NY  12977

**Affidavit to Accompany**
**Motion for Leave to Appeal in Forma Pauperis**

2005 DEC 29 A II: 27

FILED IN CLERKS OFFICE
US COURT OF APPEALS
FOR THE FIRST CIRCUIT

District Court No. _05-11291_

Appeal No. _05-2701_

Basil C. Williams

v.

United States

| Affidavit in Support of Motion | Instructions |
|---|---|
| I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct.(28 U.S.C. § 1746; 18 U.S.C. § 1621.) | Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write in that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number. |

Signed: _Basil C. Williams_    Date: _12/06/05_

My issues on appeal are: The district court's recharacterization of a motion, as a section 2255, violated my due process rights under Supreme court precedent

*1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.*

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| (Prison Inst. Monthly) Employment | $ 151.70 | $ N/A | $ 0 | $ N/A |
| Self-employment | $ 0 | $ N/A | $ 0 | $ N/A |
| Income from real property (such as rental income) | $ 0 | $ N/A | $ 0 | $ N/A |
| Interest and dividends | $ 0 | $ N/A | $ 0 | $ N/A |

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Gifts | $ 0 | $ N/A | $ 0 | $ N/A |
| Alimony | $ 0 | $ N/A | $ 0 | $ N/A |
| Child support | $ 0 | $ N/A | $ 0 | $ N/A |
| Retirement (such as social security, pensions, annuities, insurance | $ 0 | $ N/A | $ 0 | $ N/A |
| Disability (such as social security, insurance payments) | $ 0 | $ N/A | $ 0 | $ N/A |
| Unemployment payments | $ 0 | $ N/A | $ 0 | $ N/A |
| Public-assistance (such as welfare) | $ 0 | $ N/A | $ 0 | $ N/A |
| Other (specify):_____ Prison Pay | $ 0 | $ N/A | $ 0 | $ N/A |
| Total Monthly income: | $ 150.70 | $ N/A | $ 0 | $ N/A |

2. List your employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions)

| Employer | Address | Dates of Employment | Gross monthly pay |
|---|---|---|---|
| Prisoner | FCI Ray Brook | / | / |
| | | | |
| | | | |

3. List your spouses's employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions)

| Employer | Address | Dates of Employment | Gross monthly pay |
|---|---|---|---|
| N/A | N/A | N/A | N/A |
| | | | |
| | | | |

2

*4. How much cash do you and your spouse have?* $ 1000.00

Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial Institution | Type of Account | Amount you have | Amount your spouse has |
|---|---|---|---|
| NONE | NONE | $ 0 | $ N/A |
| | | $ 0 | $ N/A |
| | | $ 0 | $ N/A |

If you are a prisoner, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

*5. List the assets, and their values, which you or your spouse owns. Do not list clothing and ordinary household furnishings.*

| Home | (Value) | Other real estate | (Value) | Motor Vehicle #1 | (Value) |
|---|---|---|---|---|---|
| NONE | | NONE | | Make & year: NONE | |
| | | | | Model: | |
| | | | | Registration#: | |

| Motor Vehicle #2 | (Value) | Other assets | (Value) | Other assets | (Value) |
|---|---|---|---|---|---|
| Make & year: NONE | | NONE | | NONE | |
| Model: | | | | | |
| Registration#: | | | | | |

*6. State every person, business, or organization owing you or your spouse money, and the amount owed.*

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| NONE | NONE | NONE |

*7. State the persons who rely on you or your spouse for support.*

| Name | Relationship | Age |
|---|---|---|
| Cheyanne Williams | daughter | 8 |
| Iman Bartwell | son | 10 |

3

8. *Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.*

| | You | Spouse |
|---|---|---|
| Rent or home mortgage payment (include lot rented for mobile home) | $ None | $ N/A |
| Are any real estate taxes included? ☐ Yes ☑ No | | |
| Is property insurance included? ☐ Yes ☐ No | | |
| Utilities (electricity, heating fuel, water, sewer, and Telephone) | $ O | $ N/A |
| Home maintenance (repairs and upkeep) | $ O | $ N/A |
| Food | $ O | $ N/A |
| Clothing | $ O | $ N/A |
| Laundry and dry-cleaning | $ O | $ N/A |
| Medical and dental expenses | $ O | $ N/A |
| Transportation (not including motor vehicle payments) | $ O | $ N/A |
| Recreation, entertainment, newspapers, magazines, etc. | $ O | $ N/A |
| Insurance (not deducted from wages or included in Mortgage payments) | $ O | $ N/A |
| Homeowner's or renter's | $ O | $ N/A |
| Life | $ O | $ N/A |
| Health | $ O | $ N/A |
| Motor Vehicle | $ O | $ N/A |
| Other: N/A Prisoner | $ O | $ N/A |
| Taxes (not deducted from wages or included in Mortgage payments)(specify): O | $ O | $ N/A |
| Installment payments | $ O | $ N/A |
| Motor Vehicle | $ O | $ N/A |
| Credit card (name): O | $ O | $ N/A |
| Department store (name): O | $ O | $ N/A |
| Other: N/A Prisoner | $ O | $ N/A |

4

Alimony, maintenance, and support paid to others                                   $ ___0___          $ _N/A_

Regular expenses for operations of business, profession,                           $ ___0___          $ _N/A_
   or farm (attach detailed statement)

Other (specify):___N/A Prisoner_____                                              $ ___0___          $ _N/A_

              **Total monthly expenses:**                 $ ___0___          $ _N/A_


9. *Do you expect any major changes to your monthly income or expenses in your assets or liabilities
during the next 12 months?*
☐ Yes  ☑ No                               If yes, describe on an attached sheet.
   I am a Federal Prisoner. I have no control over my income or
housing situation.

10. *Have you paid — or will you be paying — an attorney any money for services in connection with this
case, including the completion of this form?* ☐ Yes  ☑ No

If yes, how much? $ _N/A_

If yes, state the attorney's name, address, and telephone number:
_____
_____
_____


11. *Have you paid — or will you be paying — anyone other than an attorney (such as a paralegal or a
typist) any money for services in connection with this case, including the completion of this form?*
☐ Yes  ☑ No

If yes, how much? $ _N/A_

If yes, state the person's name, address, and telephone number:
_____
_____
_____


12. *Provide any other information that will help explain why you cannot pay the docket fees for your
appeal.*  Federal prisoner proceeding Pro-se.

5

13. State the address of your legal residence.

_Basil Williams , FCI RayBrook P.O. Box_
_9002 RayBrook NY 12977_

Your daytime phone number: (____) _None_

Your age: _34_          Your years of schooling: _Senior in College_



General Information | Account Balances | Commissary History | Commissary Restrictions | Comments

## General Information

| | |
|---|---|
| Administrative Hold Indicator: | No |
| No Power of Attorney: | No |
| Never Waive NSF Fee: | No |
| Max Allowed Deduction %: | 100 |
| PIN: | 6952 |
| FRP Participation Status: | Completed |
| Arrived From: | |
| Transferred To: | |
| Account Creation Date: | 4/25/2002 |
| Local Account Activation Date: | 7/1/1991 |
| Sort Codes: | |
| Last Account Update: | 12/22/2005 10:12:21 PM |
| Account Status: | Active |
| ITS Balance: | $0.67 |

**FRP Plan Information**

| FRP Plan Type | Expected Amount | Expected Rate |
|---|---|---|

## Account Balances

| | |
|---|---|
| Account Balance: | $135.91 |
| Pre-Release Balance: | $0.00 |
| Debt Encumbrance: | $0.00 |
| SPO Encumbrance: | $0.00 |
| Other Encumbrances: | $0.00 |
| Outstanding Negotiable Instruments: | $40.00 |
| Administrative Hold Balance: | $0.00 |
| Available Balance: | $95.91 |
| National 6 Months Deposits: | $1,523.72 |
| National 6 Months Withdrawals: | $1,513.05 |
| National 6 Months Avg Daily Balance: | $80.42 |
| Local Max. Balance - Prev. 30 Days: | $251.51 |
| Average Balance - Prev. 30 Days: | $99.76 |

# Commissary History

### Purchases

Validation Period Purchases: $178.60
YTD Purchases: $325.25
Last Sales Date: 12/22/2005 11:10:55 AM

### SPO Information

SPO's this Month: 0
SPO $ this Quarter: $0.00

### Spending Limit Info

Spending Limit Override: No
Weekly Revalidation: No
Spending Limit: $340.00
Expended Spending Limit: $178.60
Remaining Spending Limit: $161.40

# Commissary Restrictions

### Spending Limit Restrictions

Restricted Spending Limit: $0.00
Restricted Expended Amount: $0.00
Restricted Remaining Spending Limit: $0.00
Restriction Start Date: N/A
Restriction End Date: N/A

### Item Restrictions

| List Name | List Type | Start Date | End Date | Userid | Active |
|-----------|-----------|------------|----------|--------|--------|

# Comments

Comments:



Deposits

| | | |
|---|---|---|
| Inmate Reg #: | 22650038 | Current Institution: | Ray Brook FCI |
| Inmate Name: | WILLIAMS BASIL | Housing Unit: | M01 |
| Report Date: | 12/23/2005 | Living Quarters: | M05-226L |
| Report Time: | 8:01:33 AM | | |

| Date/Time | User Id | Transaction Type | Amount | Ref# | Payment# |
|---|---|---|---|---|---|
| 12/22/2005 10:12:21 PM | AMSERVICE | Western Union | $20.00 | 33306006 | |
| 12/19/2005 5:38:21 AM | AMSERVICE | Lockbox - CD | $50.00 | 70147603 | |
| 12/12/2005 5:44:55 AM | AMSERVICE | Lockbox - CD | $40.00 | 70147103 | |
| 12/5/2005 7:59:00 AM | RBK2004 | Payroll - UNICOR | $248.73 | 006005 | |
| 11/29/2005 9:06:24 AM | AMSERVICE | Western Union | $30.00 | 33304306 | |
| 11/7/2005 9:59:25 AM | RBK2004 | Payroll - UNICOR | $162.82 | 006002 | |
| 11/1/2005 12:22:28 PM | AMSERVICE | Western Union | $50.00 | 33302306 | |
| 10/31/2005 11:38:48 AM | AMSERVICE | Lockbox - CD | $40.00 | 70144303 | |
| 10/11/2005 8:05:38 AM | RBK2003 | Payroll - UNICOR | $164.63 | 006001 | |
| 9/12/2005 12:20:28 PM | AMSERVICE | Western Union | $50.00 | 33324505 | |
| 9/12/2005 8:37:04 AM | RBK2003 | Payroll - UNICOR | $140.48 | 006032 | |
| 8/24/2005 4:11:27 PM | AMSERVICE | Western Union | $100.00 | 33323205 | |
| 8/8/2005 7:14:28 AM | RBK2004 | Payroll - UNICOR | $109.02 | 006028 | |
| 7/21/2005 5:15:31 PM | AMSERVICE | Western Union | $100.00 | 33320805 | |
| 7/11/2005 7:06:39 AM | RBK2004 | Payroll - UNICOR | $148.04 | 006026 | |
| 7/8/2005 2:13:34 PM | AMSERVICE | Western Union | $30.00 | 33319905 | |
| 7/4/2005 5:38:16 AM | AMSERVICE | Lockbox - CD | $40.00 | 70136103 | |
| 6/13/2005 7:51:16 AM | RBK2004 | Payroll - UNICOR | $151.04 | 006024 | |
| 5/21/2005 6:08:46 AM | AMSERVICE | Lockbox - CD | $20.00 | 70133201 | |
| 5/3/2005 6:10:08 AM | AMSERVICE | Lockbox - CD | $50.00 | 70131801 | |
| 5/2/2005 9:42:44 AM | RBK2004 | Payroll - UNICOR | $140.29 | 006020 | |
| 4/11/2005 8:02:37 AM | RBK2004 | Payroll - UNICOR | $175.25 | 006017 | |
| 4/8/2005 6:22:34 PM | AMSERVICE | Western Union | $50.00 | 33313405 | |
| 3/29/2005 6:17:21 AM | AMSERVICE | Lockbox - CD | $75.00 | 70129301 | |

# United States Court of Appeals
## For the First Circuit

No. 05-2701

### BASIL WILLIAMS

Petitioner - Appellant

v.

UNITED STATES

Respondent - Appellee

**ORDER OF COURT**
**Entered: December 20, 2005**

Appellant's motion for leave to proceed on appeal in forma pauperis is denied without prejudice to appellant submitting a prison trust account statement as required by Form 4 in the Appendix of Forms to the Federal Rules of Appellate Procedure.

Failure to pay the filing fees or submit a prison trust account statement on or before **January 3, 2006** may result in dismissal of this appeal for lack of diligent prosecution. Loc. R. 3(b).

By the Court:
Richard Cushing Donovan, Clerk

By: ___JULIE GREGG___
Julie Gregg, Operations Manager

[ cc: Patrick M. Hamilton, AUSA, Dina Michael Chaitowitz, AUSA, Ted Heinrich, AUSA, Basil C. Williams]