05-11291
USDC-MABO
J. GERTNER

# United States Court of Appeals
## For the First Circuit

No. 05-2701

BASIL WILLIAMS,

Petitioner, Appellant,

v.

UNITED STATES,

Respondent, Appellee.

Before

Torruella, <u>Circuit Judge</u>,
Stahl, <u>Senior Circuit Judge</u>,
and Lipez, <u>Circuit Judge</u>.

JUDGMENT

Entered: April 3, 2006

Section 2255 of Title 28 of the United States Code is the exclusive remedy for sentencing errors in the federal district courts. See <u>Rogers</u> v. <u>United States</u>, 180 F.3d 348, 357 n.15 (1st Cir. 1999). Therefore, the district court properly dismissed appellant's motion brought under a variety of inapplicable statutes.

Because appellant was not given the warning required under <u>Castro</u> v. <u>United States</u>, 540 U.S. 375 (2003), the judgment below will not be considered to pertain to a motion under 28 U.S.C. § 2255. "[A]n unwarned recharacterization cannot count as a § 2255 motion for purposes of the "second or successive" provision...." 540 U.S. at 384.

Petitioner's request to proceed in forma pauperis is <u>denied</u>.

The request for a certificate of appealability is <u>denied</u>.

Certified and Issued as Mandate under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

[signature]
Deputy Clerk

Date: 5/25/06

By the Court:

Richard Cushing Donovan, Clerk.

By: _____MARGARET CARTER_____
     Chief Deputy Clerk.

[cc: Patrick M. Hamilton, AUSA, Dina Michael Chaitowitz, AUSA, Ted Heinrich, AUSA, Basil C. Williams ]